```
ROBERT S. BREWER, JR.
United States Attorney
ALEXANDRA F. FOSTER
Assistant United States Attorney
Washington, D.C. Bar Number 470096
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 546-6735
Alexandra.Foster@usdoj.gov
```

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 19-mj-04453-LL |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| MICHAEL JAMES PRATT ET AL, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name:

Joseph S Green

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in

this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    Name:

    None.

Please call me at the above-listed number if you have any questions about this notice.

DATED: October 30, 2019

    Respectfully submitted,

    ROBERT S. BREWER JR
    United States Attorney

    *s/Alexandra Foster*
    ALEXANDRA FOSTER
    Assistant U.S. Attorney